NICOLETTE & PERKINS, P.A.
3 University Plaza, Fifth Floor
Hackensack, New Jersey 07601
(201) 488-9080
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------x
THE UNITED STATES OF AMERICA
for the use of MATHUSEK
INCORPORATED,                                : Civil Action No.

       Plaintiff,

v.                                           : **F.R.C.P. RULE 7.1(a)**
                                             : **DISCLOSURE STATEMENT**
J. KOKOLAKIS CONTRACTING, INC.,
SEABOARD SURETY COMPANY AND
ST. PAUL FIRE & MARINE
INSURANCE COMPANY,                           : **05 CIV. 9097**

       Defendants.
----------------------------------x

Use Plaintiff, Mathusek Incorporated, has no parent corporation and no publically held corporation owns ten (10) percent or more of the stock of Mathusek Incorporated.

                                NICOLETTE & PERKINS, P.A.
                                Attorneys for Plaintiffs,

                        By:  /s/ Eric R. Perkins
                            ERIC R. PERKINS

Dated: October 24, 2005