AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE |
| EFFECTED (1) BY ME: | MARIAN ZWIERZYNSKI |
| TITLE: | PROCESS SERVER |

DATE: 11/04/2005  09:00AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

SEABOARD SURETY COMPANY

Place where served:

499 THORNALL STREET   EDISON TWP. NJ 08817

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DERICK PERKINS

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: BLACK   HAIR: BLACK   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11 / 4 / 20 05

SIGNATURE OF MARIAN ZWIERZYNSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

11/4/05

PATRICIA LONGSON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Feb. 8, 2008

| | |
|---|---|
| ATTORNEY: | ERIC R. PERKINS, ESQ. |
| PLAINTIFF: | THE UNITED STATES OF AMERICA |
| DEFENDANT: | J. KOKOLAKIS CONTRACTING, INC., ET ALS |
| VENUE: | DISTRICT NY |
| DOCKET: | 05 CIV 9097 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

M A