AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE |
| EFFECTED (1) BY ME: | MARIAN ZWIERZYNSKI |
| TITLE: | PROCESS SERVER |

DATE: 11/04/2005  09:00AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Place where served:

499 THORNALL STREET   EDISON TWP. NJ 08817

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DERICK PERKINS

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: __M__   AGE: __36-50__   HEIGHT: __5'9"-6'0"__   WEIGHT: __161-200 LBS.__   SKIN: __BLACK__   HAIR: __BLACK__   OTHER: __GLASSES__

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.___     SERVICES $ _____.___     TOTAL $ _____.___

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _11_/_4_/20_05_

SIGNATURE OF MARIAN ZWIERZYNSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

11/4/05

PATRICIA LONGSON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Feb. 8, 2008

| | |
|---|---|
| ATTORNEY: | ERIC R. PERKINS, ESQ. |
| PLAINTIFF: | THE UNITED STATES OF AMERICA |
| DEFENDANT: | J. KOKOLAKIS CONTRACTING, INC., ET ALS |
| VENUE: | DISTRICT NY |
| DOCKET: | 05 CIV 9097 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

M A