AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | | |
|---|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT, EXHIBITS | |
| EFFECTED (1) BY ME: | OUT OF STATE | |
| TITLE: | PROCESS SERVER | DATE: 11-9-05 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

J. KOKOLAKIS CONTRACTING, INC.

Place where served:

585 ROUTE 25A, ROCKY POINT NY 11778 ON 11-9-05 @ 9:02 AM

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: OFFICE MANAGER - KATHY GALLAGHER

Description of person accepting service:

SEX: F  AGE: 45  HEIGHT: 5'10"  WEIGHT: 190  SKIN: WHITE  HAIR: BLK  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.___     SERVICES $ ____.___     TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11 / 9 / 20 05

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | ERIC R. PERKINS, ESQ. |
| PLAINTIFF: | THE UNITED STATES OF AMERICA |
| DEFENDANT: | J. KOKOLAKIS CONTRACTING, INC., ET ALS |
| VENUE: | DISTRICT NY |
| DOCKET: | 05 CV 9097 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**M A**



J. KOKOLAKIS
CONTRACTING, INC.

585 Route 25A
Rocky Point, NY 11778
631.744.6147
FAX 631.744.6156

201 E. Center Street
Tarpon Springs, FL 34689
727.942.2211
FAX 727.937.5708

www.jkokolakis.com