NICOLETTE & PERKINS, P.A.
3 University Plaza, Fifth Floor
Hackensack, New Jersey 07601
(201) 488-9080
Attorneys for Plaintiff



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
THE UNITED STATES OF AMERICA        :    Civil Action No. 05 CIV 9097
for the use of MATHUSEK             :
INCORPORATED,                       :
                                    :
            Plaintiff,              :
                                    :    **REQUEST TO ENTER PARTIAL**
v.                                  :    **DEFAULT AS TO SEABOARD SURETY**
                                    :    **COMPANY AND ST. PAUL FIRE &**
J. KOKOLAKIS CONTRACTING, INC.,     :    **MARINE INSURANCE COMPANY**
SEABOARD SURETY COMPANY AND         :
ST. PAUL FIRE & MARINE              :
INSURANCE COMPANY,                  :
                                    :
            Defendants.             :
------------------------------------x


TO:   CLERK OF THE COURT
      United States District Court
      Southern District of New York
      U.S. Courthouse
      300 Quarropas Street
      White Plains, New York 10601


    Please enter the partial default of the Defendants, St. Paul Fire and Marine Insurance Company and Seaboard Surety Company, pursuant to Fed. R. 55(b)(1), for failure to plead or otherwise defend with respect to Plaintiff's Complaint in the above-captioned matter as fully appears from the Court file herein and from the attached Affidavit of Eric R. Perkins, Esq.

                                NICOLETTE & PERKINS, P.A.
                                Attorneys for Plaintiff,
                                The United States of America for the
                                use of Matusek Incorporated

                                _____
                                ERIC P. PERKINS

DATED:  January 20, 2006