**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA FOR THE USE OF
MATHUSEK INCORPORATED,

        Plaintiff,

-against-

J. KOKOLAKIS CONTRACTING, INC., SEABOARD
SURETY COMPANY AND ST. PAUL FIRE &
MARINE INSURANCE COMPANY,

        Defendants.
------------------------------------------------------------X

ECF CASE
+ Order
STIPULATION/EXTENDING
TIME OF THE DEFENDANT
TO ANSWER OR MOVE
REGARDING THE COMPLAINT

JUDGE WILLIAM CONNER

Docket No. 05CIV 9097 (wcc)

IT IS HEREBY STIPULATED, by and between the attorneys for the respective parties herein, that the Defendants' time to answer or otherwise move with respect to the Complaint in this matter be, and the same hereby is, extended to April 30th, 2006 unless otherwise ordered by the Court.

IT IS FURTHER STIPULATED that the Defendants will not raise any jurisdictional defenses regarding service of process.

Miller Place, New York
Dated: April 24, 2006

_____
Nicolette & Perkins, P.A.
Eric Perkins (EP )
Attorneys for Plaintiff
3 University Plaza, Fifth Floor
Hackensack, New Jersey 07601
201-488-9080

_____
John Ray and Associates
John Ray (JR 5938)
Attorney for the Defendant
122 North Country Road
P.O. Box 5440
Miller Place, New York 11764
631-473-1000

"SO ORDERED" 5/2/06

_____
William Conner, USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: