UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE UNITED STATES OF AMERICA
for the use of MATHUSEK INCORPORATED,

                              **NOTICE OF MOTION**

             Plaintiff,

     -against-

J. KOKOLAKIS CONTRACTING, INC.,        **Civil Action #05CIV9097**
SEABOARD SURETY COMPANY AND
ST. PAUL FIRE & MARINE
INSURANCE COMPANY,                         Judge William C. Conner

             Defendants.
------------------------------------------------------------X

       Please take notice that, upon the attached application, the undersigned will move this Court, pursuant to 9 U.S.C. §4, at a stated term for the hearing of motions in the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on the 18th day of October 2006 at 9:30 A.M., or as soon thereafter as counsel can be heard, for an Order directing the United States of America for the use of Mathusek Incorporated, Plaintiff, to proceed to Arbitration in accordance with the terms of its written agreement with J. Kokolakis Contracting Inc., Defendant dated April 22, 2004, Article 15 (Sub Contract) and for such other and further relief as to the Court may seem just and proper.

Dated: September 19, 2006
       Miller Place, New York

                                                      _____
                                                    John Ray (JR5938)
                                                     John Ray and Associates
                                                     122 North Country Road
                                                     P O Box 5440
                                                     Miller Place, New York 11764
                                                     (631) 473-1000