*Conner, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA for the use of MATHUSEK INCORPORATED,

        Plaintiff,

- against -

J. KOKOLAKIS CONTRACTING, INC., SEABOARD SURETY COMPANY and ST. PAUL FIRE & MARINE INSURANCE COMPANY,

        Defendants.

Civil Action No.:

05-cv-9097 (WCC)

**ECF CASE**

STIPULATION OF DISCONTINUANCE
WITH PREJUDICE
AND ORDER

---

IT IS HEREBY STIPULATED AND AGREED to by and between the undersigned attorneys that the above-captioned action is hereby discontinued, with prejudice, and without costs to any party.

Dated: New York, New York
       November 6, 2007

Nicolete & Perkins, P.A.
Attorneys for Plaintiff

By: _____
    Eric R. Perkins
3 University Plaza, 5th Floor
Hackensack, New Jersey 07601
(201) 488-9080

McElroy, Deutsch, Mulvaney &
  Carpenter LLP
Attorneys for Defendants

By: _____
    Michael C. Delaney
88 Pine Street, 24th Floor
New York, New York  10005
(212) 483-9490

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-
COPIES MAILED TO COUNSEL OF RECORD

**John Ray and Associates**
Attorneys for Defendant,
Kokolakis Contracting, Inc.

By: _____
John Ray, Esq.
122 North Country Road
Miller Place, New York 11764
(631) 473-1300

Dated:

SO ORDERED,  Dated: Dec. 19, 2007

_____
WILLIAM C. CONNER, U.S.D.J.